IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

DEON IVA BUCHER,                              Civil No. 3:15-cv-00823-PK

    Plaintiff,

                                                                               JUDGMENT

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

---

PAPAK, Magistrate Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

    Dated this 17th day of June, 2016.

                                                                             /s/ Paul Papak
                                                                             Paul Papak
                                                                             United States Magistrate Judge